UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAGAN J. RIVERA,

Plaintiff,

v.

TALLAHASSEE CARE INC.,
d/b/a ARIA NURSING AND REHAB,

Defendant.

Case No. 1:26-cv-1420
Hon. Hala Y. Jarbou

---

Magan J. Rivera
*Pro Se Plaintiff*
PO Box 97
Olivet, MI 49076
(269) 924-7174
maganrivera@gmail.com

Ryan D. Bohannon (P73394)
KIENBAUM HARDY VIVIANO PELTON & FORREST, P.L.C.
*Attorney for Defendant*
280 N. Old Woodward Ave., Suite 400
Birmingham, MI 48009
(248) 645-0000
rbohannon@khvpf.com

---

**NOTICE OF SUBSTITUTION OF ATTORNEYS**

TO: CLERK OF THE COURT
ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that the undersigned replaces Ryan D. Bohannon of KIENBAUM HARDY VIVIANO PELTON & FORREST, P.L.C. as attorneys for Defendant, TALLAHASSEE CARE INC., d/b/a ARIA NURSING AND REHAB, in the above-entitled cause, and requests copies of all pleadings filed in this case after this notice be sent to the undersigned.

Dated: June 30, 2026

Respectfully submitted,

/s/ *Ashley N. Higginson*
D. Kyle Bierlein (P78278)
Ashley N. Higginson (P83992)
Miller, Canfield, Paddock and Stone, P.L.C.
*Attorneys for Defendant*
bierlein@millercanfield.com
higginson@millercanfield.com

**CONSENT TO SUBSTITUTION OF ATTORNEY**

Please take notice that the undersigned consents to the substitution of D. Kyle Bierlein, Ashley N. Higginson, and MILLER, CANFIELD, PADDOCK, & STONE, P.L.C., as attorneys for Defendant, TALLAHASSEE CARE INC., d/b/a ARIA NURSING AND REHAB, in the above-entitled cause.

/s/*Ryan D. Bohannon (with permission)*
Ryan D. Bohannon (P73394)
KIENBAUM HARDY VIVIANO PELTON & FORREST, P.L.C.
*Attorney for Defendant*
280 N. Old Woodward Ave., Suite 400
Birmingham, MI 48009
(248) 645-0000
rbohannon@khvpf.com

/s/*Ashley N. Higginson*
D. Kyle Bierlein (P78278)
Ashley N. Higginson (P83992)
Miller, Canfield, Paddock and Stone, P.L.C.
*Attorneys for Defendant*
150 W. Jefferson Ave., Suite 2500
Detroit, MI 48226
bierlein@millercanfield.com
higginson@millercanfield.com

51148823.1/163747.00007